**Order entered February 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01042-CV

### TEXAS INSTRUMENTS, INC., Appellant

### V.

### ALESSANDRO UDELL, Appellee

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-03191

## ORDER

We **GRANT** appellee's February 9, 2015 unopposed second motion for an extension of time to file his appellee/cross-appellant's brief. Appellee shall file his brief by **MARCH 12, 2015**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/  ELIZABETH LANG-MIERS
    JUSTICE